**Order entered October 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00424-CR

**JOHNELLE RENEE HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13792-L**

## ORDER

Before the Court is appellant's October 7, 2018 first motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 5, 2018.

/s/    LANA MYERS
         JUSTICE